**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2196**

SALAME M. AMR,

                    Plaintiff - Appellant,

          v.

EDDIE N. MOORE, JR.; LARRY C. BROWN; KEITH M. WILLIAMSON;
NASSER RASHIDI; GERALD BURTON; DONNA CRAWFORD; GLORIA YOUNG;
ALI MOHAMED; OLIVER W. HILL, JR.; WONDI MERSIE; ANDREW KANU;
STEPHAN WILDEUS; SHARON EVANS; AMERICAN SOCIETY OF
ENGINEERING EDUCATION; AMERICAN ASSOCIATION FOR UNIVERSITY
PROFESSORS; VIRGINIA STATE UNIVERSITY BOARD OF VISITORS,
THE,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:09-cv-00667-REP)

Submitted: March 15, 2012          Decided: March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Salame M. Amr, Appellant Pro Se.   Gregory Clayton Fleming,
Senior Assistant Attorney General, Richmond, Virginia; Robert R.
Musick, THOMPSON MCMULLAN, PC, Richmond, Virginia; Jeremy David
Capps, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Amr v. Moore, No. 3:09-cv-00667-REP (E.D. Va. Sept. 26, 2011). Amr's pending motion to stay is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3